```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17959
   RITA CUNNINGHAM
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4786

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/11/2008 and was confirmed 09/17/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 01/14/2009.
------------------------------------------------------------------------------
 CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
 NATIONAL AUTO FINANCE CO  SECURED VEHIC   32169.00          561.36        2671.04
 NATIONAL AUTO FINANCE CO  UNSECURED         825.97             .00            .00
 COOK COUNTY TREASURER     SECURED         18408.39             .00         336.44
 NUVELL CREDIT CO LLC      NOTICE ONLY    NOT FILED             .00            .00
 SAXON MORTGAGE SERVICES   CURRENT MORTG        .00             .00            .00
 SAXON MORTGAGE SERVICES   MORTGAGE ARRE  13152.70             .00            .00
 ILLINOIS DEPT OF REVENUE  PRIORITY       10534.28             .00            .00
 INTERNAL REVENUE SERVICE  PRIORITY       24580.55             .00            .00
 BILL ME LATER             UNSECURED      NOT FILED             .00            .00
 BLMDSNB                   UNSECURED      NOT FILED             .00            .00
 CASH ADVANCE NETWORK      UNSECURED      NOT FILED             .00            .00
 CASH LINK USA             UNSECURED      NOT FILED             .00            .00
 CITI BANK/DFS             UNSECURED      NOT FILED             .00            .00
 CORPORATE AMERICA FAMILY  UNSECURED       1538.82             .00            .00
 DELL FINANCIAL SERVICES   UNSECURED       2047.26             .00            .00
 MACY'S                    UNSECURED      NOT FILED             .00            .00
 FIRST BANK OF DELAWARE    UNSECURED      NOT FILED             .00            .00
 GUC                       UNSECURED      NOT FILED             .00            .00
 HSBC BANK NEVADA NA       UNSECURED        870.06             .00            .00
 ILLINOIS LENDING CORP     UNSECURED       6329.17             .00            .00
 INSTANT LOANS             NOTICE ONLY    NOT FILED             .00            .00
 CITY OF CHICAGO DEPT OF   UNSECURED        200.00             .00            .00
 ODYSSEY PROTECTION        UNSECURED      NOT FILED             .00            .00
 ORBIT ONE TIME SHARE      UNSECURED      NOT FILED             .00            .00
 PAYDAY LOAN STORE OF ILL  NOTICE ONLY    NOT FILED             .00            .00
 PAYDAY LOAN STORE         NOTICE ONLY    NOT FILED             .00            .00
 PAYDAY ONE                UNSECURED      NOT FILED             .00            .00
 PAYDAY TODAY CASH NOW.CO  UNSECURED      NOT FILED             .00            .00
 ST JAMES HOSPITAL         UNSECURED      NOT FILED             .00            .00
 VON MAUR                  UNSECURED        476.18             .00            .00
 WYNDHAM GARDEN HOTEL      UNSECURED      NOT FILED             .00            .00
 SAXON MORTGAGE SERVICES   MORTGAGE NOTI  NOT FILED             .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17959 RITA CUNNINGHAM
```

```
COMMONWEALTH EDISON       UNSECURED         580.60              .00           .00
COLLECTION                NOTICE ONLY    NOT FILED              .00           .00
BANK OF AMERICA NA        UNSECURED      NOT FILED              .00           .00
BANK OF AMERICA           NOTICE ONLY    NOT FILED              .00           .00
CHECK SYSTEMS             NOTICE ONLY    NOT FILED              .00           .00
TELECHECK                 NOTICE ONLY    NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED        2228.05              .00           .00
GLEASON & GLEASON LLC     DEBTOR ATTY     3,000.00                          190.24
TOM VAUGHN                TRUSTEE                                           305.92
DEBTOR REFUND             REFUND                                              .00
```

Summary of Receipts and Disbursements:
```
                         RECEIPTS            DISBURSEMENTS

TRUSTEE                  4,065.00

PRIORITY                                           .00
SECURED                                       3,007.48
   INTEREST                                     561.36
UNSECURED                                          .00
ADMINISTRATIVE                                  190.24
TRUSTEE COMPENSATION                            305.92
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                   4,065.00             4,065.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 03/17/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```